LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
TRAVIS C. STUDDARD
Nevada Bar No. 16454
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:            (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
tstuddard@kcnvlaw.com
***Attorneys for Defendant***
***Las Vegas Metropolitan Police Department***

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RYAN GOUDIE,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; DOES I-X,<br><br>Defendants. | Case No.:   2:26-cv-00619-JAD-DJA<br><br>**STIPULATION TO EXTEND TIME FOR LVMPD TO RESPOND TO COMPLAINT**<br><br>*First Request* |

Defendant Las Vegas Metropolitan Police Department ("LVMPD") and Plaintiff Ryan Goudie stipulate and agree to extend the deadline for LVMPD to respond to Plaintiff's Complaint by seven days.  The current deadline for LVMPD to respond to the Complaint is March 12, 2026.  The extended deadline will be March 19, 2026.

This is the first stipulation for an extension of time regarding this deadline.  The minimal extension arises in accord with District of Nevada Local Rule IA 6-1.  Good cause supports an extension because LVMPD's counsel requires additional time to review all allegations in the Complaint and review relevant records in order to make an informed response to the Complaint.

**KAEMPFER CROWELL**
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.356

Page 1 of 2

This stipulation is sought in good faith and not for purposes of delay.

*/s/ James P. Kemp*

JAMES P. KEMP, Esq.
Nevada Bar No. 006375
KEMP & KEMP
7435 W. Azure Drive, Suite 1 1 0,
Las Vegas, NV 89 1 30
(702) 258- 1 1 831 (702) 258-6983 (fax)
***Attorney for Plaintiff***

*/s/ Kristopher J. Kalkowski*

LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
1980 Festival Plaza Drive, #650
Las Vegas, Nevada 89135
***Attorneys for LVMPD***

**IT IS SO ORDERED.**

Dated this 13th day of March, 2026.

_____

UNITED STATES MAGISTRATE JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.356

Page 2 of 2