LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
TRAVIS C. STUDDARD
Nevada Bar No. 16454
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
tstuddard@kcnvlaw.com

***Attorneys for Defendant***
***Las Vegas Metropolitan Police Department***

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

RYAN GOUDIE,

Plaintiff,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; DOES I-X,

Defendants.

Case No.: 2:26-cv-00619-JAD-DJA

**STIPULATION TO EXTEND TIME FOR LVMPD TO RESPOND TO PLAINTIFF'S MOTION TO AMEND [ECF No. 27]**

***First Request***

Defendant Las Vegas Metropolitan Police Department ("LVMPD") and Plaintiff Ryan Goudie stipulate and agree to extend the deadline for LVMPD to respond to Plaintiff's Motion to Amend, (ECF No. 27), by fourteen days. The current deadline for LVMPD to respond was September 21, 2026. The extended deadline will be October 5, 2026.

This is the first stipulation for an extension of time regarding this deadline. The minimal extension arises in accord with District of Nevada Local Rule IA 6-1. Good cause and excusable neglect support the extension because the parties are actively conferring on whether changes to

Plaintiff's proposed Second Amended Complaint, (ECF No. 27-1), can be made, which could result in a Stipulation among the parties to allow amendment, thus avoiding further briefing. The parties were unable to confer regarding this extension request before today (September 22, 2026) due to Plaintiff's counsel being out of the office for a pre-planned trip. This stipulation is sought in good faith and not for purposes of delay.

*/s/ James P. Kemp*
JAMES P. KEMP, Esq.
Nevada Bar No. 006375
KEMP & KEMP
7435 W. Azure Drive, Suite 1 1 0,
Las Vegas, NV 89 1 30
(702) 258- 1 1 831 (702) 258-6983 (fax)
***Attorney for Plaintiff***

*/s/ Lyssa S. Anderson*
LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
1980 Festival Plaza Drive, #650
Las Vegas, Nevada 89135
***Attorneys for LVMPD***

**IT IS SO ORDERED.**

DATED: September 23, 2026

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE